SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
SUSAN LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LEE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAAD & SHALBAI STAR, INC. D/B/A LA BODEGA RANCH MARKET; SURENDRAKANT L. MANET, AS TRUSTEE OF THE SURENDRANKANT MANEK FAMILY TRUST; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 8:20-cv-00921 JLS (KESx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SAAD & SHALBAI STAR, INC. D/B/A LA BODEGA RANCH MARKET** |

**PLEASE TAKE NOTICE** that Plaintiff SUSAN LEE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant SAAD & SHALBAI STAR, INC. D/B/A LA BODEGA RANCH MARKET ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

\\

\\

---

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: June 09, 2020        SO. CAL. EQUAL ACCESS GROUP

By:   */s/ Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff